IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )  CR. NO. 05-20056-34-Ma
)
ANTWUAN WALKER, )
)
Defendant. )

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on December 19, 2005, the United States Attorney for this district appearing for the Government and the defendant, Antwuan Walker, appearing in person and with retained counsel, Mr. John Priest Pritchard.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Tuesday, March 28, 2006 at 9:00 a.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 19th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 584 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John Priest Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT